**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HOWARD COHAN,

    Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC., a Nevada corporation; LIVONIA ROBIN, INC., a Michigan corporation; AND NOVI ROBIN, INC., a Michigan corporation,

    Defendants.
_____/

Case No. 4:18-cv-11646-LVP-MKM

Hon. Linda V. Parker

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RED ROBIN INTERNATIONAL, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that plaintiff's claims against defendant Red Robin International, Inc. are dismissed in their entirety without prejudice.

        Respectfully Submitted,

        BLACKMORE LAW PLC

        /s/ George T. Blackmore
        _____

        Blackmore Law PLC
        Attorney for Plaintiff
        21411 Civic Center Drive, Suite 200
        Southfield, MI 48076
        Telephone: (248) 845-8594
        E-mail: george@blackmorelawplc.com

Dated: June 27, 2018        P76942