# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,
an individual,

      Plaintiff,

v.

           Case No. 18-cv-11646-LVP-MKM
           Honorable Linda V. Parker
           Magistrate Judge Mona K. Majzoub

LIVONIA ROBIN, INC., a Michigan
Corporation; and NOVI ROBIN, INC.,
a Michigan corporation,

      Defendants.

---

## STIPULATED ORDER OF DISMISSAL

Plaintiff and defendants, by their counsel as undersigned below, having stipulated to the entry of the order set forth below and the Court otherwise being duly advised in the premises:

**IT IS SO ORDERED** that the complaint and any and all claims that could have been brought are dismissed with prejudice and without costs or attorney fees.

           s/ Linda V. Parker
           LINDA V. PARKER
           U.S. DISTRICT JUDGE

Dated: December 7, 2018

I stipulate to the entry of the order set forth above:

BLACKMORE LAW, PLC


By: /S/ GEORGE T. BLACKMORE (P76942)
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
P.O. Box 39
Bloomfield Hills, MI 48303
(248) 845-8594
Fax: (248) 744-4419
george@blackmorelawplc.com


MADDIN HAUSER ROTH & HELLER, PC


By: /S/ STEVEN M. WOLOCK (P38497)
Attorneys for Defendants
28400 Northwestern Highway
Second Floor – Essex Centre
Southfield, MI 48034
(248) 354-4030
Fax: (248) 359-6147
swolock@maddinhauser.com